```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

DAVID PATTERSON,                      )
                                      )
    Movant,                           )
                                      )
vs.                                   )      No. 2:22-cv-2880-SHM-tmp
                                      )
UNITED STATES OF AMERICA,             )
                                      )
    Respondent.                       )

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Movant's Motion Pursuant to 28 U.S.C. § 2255 is denied and dismissed.  The Court certifies that an appeal would not be taken in good faith and Movant is denied a Certificate of Appealability and Leave to Proceed In Forma Pauperis on Appeal.  This action is denied with prejudice in accordance with the Order (D.E. No. 21) docketed April 9, 2024.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*April 9, 2024*                          WENDRY R. OLIVER
DATE                                     CLERK

                                                                    */s/ Jairo Mendez*
                                                                    (By) DEPUTY CLERK